UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| **ANTON GOTCHOV MIKOV,** | § § § | |
| **Plaintiff,** | § | CA NO: 23-cv-81565-Cannon-McCabe |
| vs. | § § § | |
| **VILLAGE OF PALM SPRINGS,** | § § § | |
| **Defendant.** | § § § | |

**PLAINTIFF'S MOTION TO REOPEN CASE**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff, ANTON GOTCHOV MIKOV, pursuant to Local Rule 7.1 and this Court's May 15, 2024 Order, by and through his undersigned counsel, files this Motion to Reopen this case and states as follows:

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REOPEN CASE**

1. On March 8, 2024, the defendant filed a Motion to Dismiss Plaintiff's Complaint (ECF 10). In an April 8, 2024, paperless Order and pursuant to 28 U.S.C. Section 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this Court referred the motion to Magistrate Judge Ryon McCabe (ECF 14).

2. On April 29, 2024, Magistrate Judge Ryon M. McCabe issued a Report and Recommendation (ECF No. 18). In the Report and Recommendation, the Magistrate recommended,

among other things, that this case be Stayed pending the resolution of the appeal taken in the related case of *Mikov v. Village of Palm Springs*, 23-cv-81094-AMC.

3. In a May 15, 2024 Order, this Court accepted the Magistrates Judge's Report and Recommendation (ECF No. 20). In paragraph three of this Court's May 15, 2024, Order, this Court directed the Plaintiff to file a motion to reopen this case following the issuance of the mandate from the United States Court of Appeals for the Eleventh Circuit in the appeal of the related case (Eleventh Circuit Case No. 23-13311).

4. This Court directed the Plaintiff to file the motion to reopen this case no later than fourteen (14) days following the issuance of the mandate in the appeal of the related case of *Mikov v. Village of Palm Springs*, 23-cv-81094-AMC.

5. On June 26, 2024, the United States Court of Appeals for the Eleventh Circuit issued its opinion and judgment in Eleventh Circuit Case No. 23-13311. The Eleventh Circuit's opinion affirmed this Court's dismissal of the related case, *Mikov v. Village of Palm Springs*, 23-cv-81094-AMC. (Exhibit 1 of Declaration of Donald Christopher Tyler).

6. It has not been more than fourteen (14) days following the issuance of the opinion and judgment in the appeal of the related case of *Mikov v. Village of Palm Springs*, 23-cv-81094-AMC. Declaration of Donald Christopher Tyler. Plaintiff views the Eleventh Circuit's opinion to be the mandate from the Eleventh Circuit.

7. The plaintiff seeks to reopen this case, *Anton Gotchov Mikov v Village of Palm Springs*, 23-cv-23-81565-civ-Cannon/McCabe and makes this request in compliance with this Court's May 15, 2024 Order.

## PRAYER

8.  Now, therefore, Plaintiff respectfully requests that this Court reopen this case, *Anton Gotchov Mikov v. Village of Palm Springs*, 23-8156-Civ-Cannon/McCabe.

Respectfully submitted,

By: */s/ Donald Christopher Tyler*
**Donald Christopher Tyler**
Fla. Bar #562998
Email: donald.tyler@coane.com
**Benjamin Chistov**
Fla. Bar #1044307
Email: Benjamin.chistov@coane.com
**Arthur Mandel**
Fla. Bar #22753
Email: arthur.mandel@coane.com
**Jurgen Negron**
Fla. Bar #0123892
Email: jurgen.negron@coane.com
**Coane and Associates, PLLC**
1250 E. Hallandale Beach Blvd., PH-2
Hallandale Beach, FL 33009
Telephone: 305-538-6800
Facsimile: 832-558-1780

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF CONFERRAL

I HEREBY CERTIFY that on July 8 and July 9, 2024, I conferred with the defendant's attorney, Jonathan Railey, regarding the relief requested in this motion. Defendant's attorney Jonathan Railey stated that he does not believe that an Eleventh Circuit mandate has been issued yet but the defendant has no objection to a motion to reopen the case.

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July 2024, I served a true and correct copy of the foregoing document via the Court's electronic filing system on all counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ *Donald Christopher Tyler*
**Donald Christopher Tyler**